## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAROL T. RICHARDS** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-5962** |
| **AMBER RIPPLE ET AL.** | **SECTION I** |

### ORDER

Before the Court is a motion[1] by defendants, Amber Ripple et al., to disqualify Alan B. Tusa from appearing at trial and any pretrial proceeding, including depositions, on behalf of plaintiff, Ms. Carol T. Richards. Plaintiff has filed an opposition,[2] to which defendants have replied.[3]

The Court finds the motion premature for the reasons stated in *CEF Funding, L.L.C. v. Sher Garner Cahill Richter Klein & Hilbert, L.L.C.*, No. 09-6623, 2010 U.S. Dist. LEXIS 6022, at *4-*11 (E.D. La. Jan. 26, 2010). Moreover, "a court 'must be especially sensitive to the potential for abuse' when, as here, the party seeking disqualification is also the one wanting to call the attorney as a witness." *Id.* (quoting *Lange v. Orleans Levee Dist.*, No. 97-987, 1997 U.S. Dist. LEXIS 23771 (E.D. La. Oct. 24, 1997).[4] At this stage, the Court is unconvinced that Mr. Tusa is a "necessary" witness. *See id.* (quoting *World Youth Day, Inc. v. Famous Artists Merchandising Exchange, Inc.*, 866 F. Supp. 1297, 1302 (D. Colo. 1994). Accordingly,

---

[1] R. Doc. No. 7.
[2] R. Doc. No. 12.
[3] R. Doc. No. 15.
[4] *See* R. Doc. No. 9; R. Doc. No. 13-2, at 2.

**IT IS ORDERED** that the motion is **DENIED** without prejudice to defendants' right to timely reurge their motion prior to trial.

New Orleans, Louisiana, January 22, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**